*People v Crawford* (71 AD2d 38 [1979]). However, upon our review of the record we conclude that a nonfrivolous issue exists as to whether Supreme Court improperly imposed an enhanced sentence without affording defendant an opportunity to withdraw his plea. Therefore, we relieve counsel of his assignment and assign new counsel to brief this issue, as well as any other issues that counsel's review of the record may disclose. (Appeal from Judgment of Supreme Court, Erie County, John L. Michalski, A.J.—Failure to Register as Sex Offender). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v QUENTIN A. NOWLIN, Appellant. [921 NYS2d 596]—Counsel's motion to be relieved of assignment granted and appeal dismissed as abandoned. (Appeal from Judgment of Monroe County Court, Roy W. King, A.J.—Assault, 3rd Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA A. PERRYMAN, Appellant. [921 NYS2d 597]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Felony Driving While Intoxicated). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICIA A. PERRYMAN, Appellant. [921 NYS2d 594]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Ontario County Court, Craig J. Doran, J.—Violation of Probation). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ROGERS, Appellant. [921 NYS2d 594]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Yates County Court, W. Patrick Falvey, J.— Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIAM ROGERS, Appellant. [921 NYS2d 594]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (*see People v Crawford*, 71 AD2d 38 [1979]). (Appeal from Judgment of Yates County Court, W. Patrick Falvey, J.— Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Centra, Carni, Sconiers and Green, JJ.